```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division
```

SALVATORE J. CULOSI, et al.,      )
                                  )
         Plaintiffs,              )
                                  )
    v.                            )   Civil Action No. 1:07cv266
                                  )
FAIRFAX COUNTY, et al.,           )
                                  )
         Defendants.              )

ORDER

THIS MATTER came before the Court on plaintiffs' telephonic Motion to allow the beneficiaries of the estate, the decedent's parents and siblings, to attend the depositions scheduled in this case.

UPON CONSIDERATION of the parties' arguments, it is

ORDERED that the parents and siblings may attend the deposition but must remain absolutely quiet and not interrupt the proceedings in any way.

ENTERED this 18th day of September, 2007.

                                    _____/s/_____
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia